William Pratie and Julia Pratie, Respondents, v. James J. Butler and Others, Appellants.— Judgment and order affirmed, with costs. No opinion.

In the Matter of the Transfer Tax upon the Estate of Isaac Levy, Deceased. Comptroller of the State of New York, by John S. Jenkins, His Attorney, Appellant; Louis Levy, as Executor, etc., of Isaac Levy, Deceased, Respondent.— Order affirmed, with costs and disbursements. No opinion.

Union Winding Company, Limited, Appellant, v. D. P. Winne & Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Eugenia E. Sweeney v. William Sweeney.— Motion granted, with ten dollars costs.

In the Matter of Herman G. Loew.— Motion granted, with ten dollars costs.

Sarah A. Draper v. Interborough Rapid Transit Company.— Motion denied, with ten dollars costs.

Frank Eisele, as Administrator, etc., of George B. Eisele, Deceased, Appellant, v. John C. Rodgers, Respondent.— Judgment and order affirmed, with costs. No opinion. (Patterson, P. J., and McLaughlin, J., dissenting.)

Charles P. Rogers, Respondent, v. Nathan Coleman and Adolph Krause, Appellants.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York v. Henry R. Wade.— Motion granted.

The People of the State of New York v. Charles E. Ackron.— Motion denied on condition that appellant be ready for February term.

The People of the State of New York v. William Sheehan.— Motion granted.

The People of the State of New York v. Cornelius A. Jackson.— Motion denied on condition that appellant be ready for February term.

Henrietta Brossoit v. Equitable Securities Company.— Motion granted, with ten dollars costs.

Adolph Davis v. Morris Weisberger.— Motion granted, with ten dollars costs.

Otto Wagner v. James A. Whitcomb.— Motion granted, with ten dollars costs.

David D. Marshall v. William B. Starkey.— Motion granted, with ten dollars costs.

William Wright and Others v. Edgar Whitlock, Individually, etc.— Motion granted, without costs.

Massachusetts Chemical Company v. George E. Austin.— Motion granted, with ten dollars costs.

Knickerbocker Investment Company v. Bankers' Life Insurance Company.— Motion granted, with ten dollars costs.

Lewis J. Morrison v. Edward L. Andrews.— Motion dismissed.

Ellen Davern v. The City of New York.— Motion denied on condition that appellant be ready for January term.

State Realty Company v. Henry Villaume and Others.— Motion denied, with ten dollars costs.